UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>        Plaintiff,<br><br>    v.<br><br>LION MARKET STORY, LLC,<br><br>        Defendant. | Case No. 22-cv-01450-SVK<br><br>**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINE TO COMPLETE SERVICE**<br><br>Re: Dkt. No. 9 |

Plaintiff's Administrative Motion for an extension of the deadline to complete service on Defendant (Dkt. 9) is DENIED in part and GRANTED in part. Plaintiff's motion and supporting declaration state that he has already requested that the process server attempt service at Defendant's business address. Dkt. 9; Dkt. 9-1. In light of this status, the request for an additional 90 days to complete service is DENIED. The Court GRANTS an extension of 30 days from the date of this order, until June 15, 2022, to complete service on Defendant or, if current efforts to serve Defendant are unsuccessful, to file a motion to permit service on the California Secretary of State. The Court also GRANTS a 30-day extension of the deadline to complete the site inspection.

**SO ORDERED.**

Dated: May 16, 2022

SUSAN VAN KEULEN
United States Magistrate Judge